UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
10 GARVIES POINT ROAD CORP.,

              Plaintiff,

   -against-                                    MEMORANDUM & ORDER
                                                      11-CV-0949(JS)(WDW)
CITY OF GLEN COVE, ET AL.,

              Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:       Bruce Levinson, Esq.
                       Law Offices of Bruce Levinson
                       747 Third Avenue, 4th Fl.
                       New York, NY 10017

For Defendants:     No appearances.

SEYBERT, District Judge:

       Pursuant to the settlement agreement in this case (see Docket Entries 6 and 10), the Registry of the Court is currently holding $450,000 in connection with this matter ($700,000 less $250,000). The Clerk of the Court is directed to arrange for these funds to be held in an interest-bearing account.

       Plaintiff's counsel is directed to transmit a copy of this Order to Michael Zarin, Esq., who appeared before this Court to oppose Plaintiff's motion for a preliminary injunction but has not filed an electronic notice of appearance.

       Mr. Zarin is directed to file a notice of appearance via the Court's Electronic Case Filing system ("ECF").

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: March 15, 2011
Central Islip, New York